```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         SEP 0 8 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: Grand Jury Proceeding | CASE NO. 3:22-mj-00117-CSD |
| UNITED STATES OF AMERICA | |
| vs. | **ORDER FOR RELEASE** |
| CORY SPURLOCK, ORIT OGED, and BRADLEY KOHORST, | |
| **RE: ARIANA JAIMES MATERIAL WITNESS** | |

On September 7, 2022, this Court held a hearing ordering that Material Witness ARIANA JAIMES testify before the Grand Jury on Thursday, September 8, 2022.

The Court has been advised that ARIANA JAIMES completed her testimony before the Grand Jury.

THEREFORE, the Court finds that ARIANA JAIMES shall be immediately released from custody at the Washoe County Detention Center.

**IT IS SO ORDERED.**

Dated this 8th day of September 2022.

_____
CRAIG S. DENNEY
United States Magistrate Judge